FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 21 2004

at 3 o'clock and 55 min __ M
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR.     2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI    2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA     1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. CR04 00039DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. 863(a)] |
| vs. | ) | |
| | ) | |
| JONG YUP BAIK,         (01) | ) | |
| CHUBBY'S STORE, INC.,  (02) | ) | |
|  doing business as | ) | |
|  "Chubby's Pantry", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## INDICTMENT

Count 1:

The Grand Jury charges that:

On or about September 26, 2003 in the District of Hawaii, defendants JONG YUP BAIK and CHUBBY'S STORE, INC., doing business as "Chubby's Pantry", did knowingly, intentionally, and unlawfully sell drug paraphernalia, as that term is defined in Title 21, United States Code, Section 863(d), to wit: a glass

pipe and a torch lighter,

In violation of Title 21, United States Code, Section 863(a), and Title 18, United States Code, Section 2.

Count 2:

The Grand Jury further charges that:

On or about October 2, 2003 in the District of Hawaii, defendants JONG YUP BAIK and CHUBBY'S STORE, INC., doing business as "Chubby's Pantry", did knowingly, intentionally, and unlawfully sell drug paraphernalia, as that term is defined in Title 21, United States Code, Section 863(d), to wit: a glass pipe and a scale,

In violation of Title 21, United States Code, Section

863(a), and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, January 21, 2004.

A TRUE BILL.

/s/

GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By /s/ FLORENCE T. NAKAKUNI
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

/s/ MICHAEL K. KAWAHARA
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

<u>USA v. Jung Yup Baik and Chubby's Store, Inc.</u>, USDC-Hawaii, Indictment.

3